## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Carrie W. Laster,

      Plaintiff,                        Civil No. 08-1970 (RHK/JJG)

vs.                                     **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth, Inc., Wyeth Pharmaceuticals, Inc., Pfizer, Inc., Pharmacia & Upjohn Company, LLC,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 13, 2008

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge